# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN INVESTMENTS, INC.,<br><br>　　　　　Defendant. | Case No.  1:20-cv-01818-DAD-SAB<br><br>ORDER VACATING ALL PENDING DATES AND MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9)<br><br>FORTY-FIVE DAY DEADLINE |

　　　　On February 18, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　　All pending matters and dates are VACATED; and

　　　　2.　　　The parties shall file dispositional documents within **forty-five (45) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **February 18, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1